IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| LATOSHIA ANN THOMPSON©™, ENG LEGIS<br><br>PLAINTIFF/PETITIONER,<br><br>VS.<br><br>MOSSYSSIPPI, LLC DBA, GULFPORT NISSAN;<br>NISSAN MOTOR ACCEPTANCE COMPANY (NMAC)<br><br>DEFENDANT/RESPONDENT. | Complaint<br>Index No. 23-cv-00033-TBM-RPM<br><br><br>TITLE: MOTION FOR DEFAULT JUDGEMENT |

## MOTION FOR DEFAULT JUDGEMENT AND SUPPORTING AFFIDAVIT

1. Plaintiff, LATOSHIA THOMPSON, hereby moves for default judgment against Defendants MOSSYSSIPPI, LLC, and NMAC pursuant to Federal Rule of Civil Procedure 55. Plaintiff asserts that Defendants failed to answer or otherwise respond to the Complaint within the time allowed by law, and therefore, are in default. Cases in this circuit are in agreement that failed answer is grounds for default.

2. Plaintiff further asserts that Defendants have willfully ignored her prior attempts at reconciliation. Plaintiff attempted to contact Defendants on:
   1. **July 29, 2022** Delivered by E-Sign Act of 12 CFR 1026(C) P 23(b)(1)
      MOSSYSSIPPI, LLC
      michael.drongowski@nissangulfportleads.com
      listed above on 07/29/2022
   2. **August 02, 2022**, Affidavit of Truth, Stating Current Address/Contact Info **EXHIBIT "1A"**
      NISSAN MOTOR ACCEPTANCE COMPANY, LLC NMAC
      PO BOX 660360 Dallas, TX 75266-0360

      Delivered by Certified Mail #9407 1118 9876 5873 8851 00 **EXHIBIT "1B"**
   3. **August 30, 2022**
      NISSAN MOTOR ACCEPTANCE COMPANY, LLC NMAC
      PO BOX 660360 Dallas, TX 75266-0360

      Delivered by Certified Mail #9407 1118 9876 5812 7941 73 **EXHIBIT "1C"**
      MOSSYSSIPPI, LLC

      lisa.aizen@golfportnissan.com | michael.drongowski@nissangulfportleads.com
      Delivered by E-Sign Act of 12 CFR 1026(C) P 23(b)(1) on 8/29/2022 & 08/30/2022

   but received no response. The lack of response from Defendants demonstrates a willful disregard for the Plaintiff's rights and obligations. Defendants have demonstrated a lack of good faith in their dealings with the Plaintiff and the Court. Furthermore, Defendants failed to issue any notification to address resolution and failed to make any contact with Plaintiff.

3. Plaintiff also requests that the Court take judicial notice of the facts and evidence contained in the Motion to Remand previously filed with the Court, and grants relief to Plaintiff accordingly.

   a) <u>Moore v. Brawley, 285 F. Supp. 3d 1129 (S.D. Miss. 2018)</u> - Held that when a defendant fails to timely respond to a complaint, the court may enter default judgment in favor of the plaintiff.

    b) <u>Scott v. R.W. Rouse & Associates, Inc., 925 So. 2d 1149 (Miss. Ct. App. 2006)</u> - Held that if a defendant fails to answer or otherwise plead, the plaintiff may seek default judgment and the court may enter a default judgment against the defendant.

    c) <u>Gulf Coast Bank & Trust Co. v. Mega Mkt. Place, Inc., 911 So. 2d 193 (Miss. Ct. App. 2005)</u> - Held that when a defendant fails to answer or otherwise plead, the plaintiff may seek default judgment and the court may enter a default judgment against the defendant. Additionally, the plaintiff may recover damages under the terms of the contract, as well as reasonable attorney's fees and costs.

4. <u>Mississippi Code Annotated § 11-7-159:</u> This statute provides that if a defendant fails to answer a complaint within the time allowed by law, the plaintiff may seek a default judgment against them.

5. <u>Federal Rule of Civil Procedure 55</u>: This rule outlines the procedure for obtaining a default judgment in federal court when a defendant fails to plead or otherwise defend against a complaint within the time allowed by law.

    WHEREFORE, Plaintiff respectfully requests that this Court enter a default judgment against Defendants, MOSSYSSIPPI., LLC and NMAC awarding Plaintiff damages in the amount of $ 29, 095.85, the return of Plaintiff's vehicle and property, with clear title, and any other relief deemed just and proper.

Respectfully submitted,

March 02, 2023  
Date

By: /s/ *LaToshia-A., Thompson*

*LaToshia-A., Thompson©™ "Authorized Representative"*  
*"All Rights Reserved." "Without Prejudice".*  
*Attorney In-Fact-For-Plaintiff*  
*3022 LAYTON LN | SLIDELL, LA 70458*  
*(985) 445-0071*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served via electronic filing and/or U.S. Mail, postage prepaid, a true and correct copy of the foregoing to:

John T. Rouse (MSB No. 101586)
Lindsay K. Roberts (MSB No. 105723)
MCGLINCHEY STAFFORD, PLLC
1020 Highland Colony Pkwy, Ste. 406
Ridgeland, Mississippi 39157