IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LATOSHIA ANN THOMPSON**                                                         **PLAINTIFF**

v.                                                    CIVIL ACTION NO. 1:23-cv-33-TBM-RPM

**MOSSYSSIPPI, LLC** *doing business as*
*Gulfport Nissan and* **NISSAN MOTOR**
**ACCEPTANCE COMPANY, LLC**                                                     **DEFENDANTS**

### ORDER

This matter came before the Court on a hearing on the Plaintiff's Motion to Remand [4] and Motion for Default Judgment [10]. At the hearing conducted in this matter on May 4, 2023, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced its findings and conclusions from the bench. The Court concluded that Plaintiff's Motion to Remand [4] should be denied and the Plaintiff's Motion for Default Judgment [10] should be denied.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 4, 2023, the Plaintiff's Motion to Remand [4] is DENIED.

IT IS FURTHER ORDERED that, for the reasons stated on the record at the hearing held on May 4, 2023, the Plaintiff's Motion for Default Judgment [10] is DENIED.

This, the 4th day of May, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE