IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LATOSHIA ANN THOMPSON** **PLAINTIFF**

v. **CIVIL ACTION NO. 1:23-cv-33-TBM-RPM**

**MOSSYSSIPPI, LLC** *doing business as Gulfport Nissan and* **NISSAN MOTOR ACCEPTANCE COMPANY, LLC** **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

IT IS ORDERED AND ADJUDGED that this cause is DISMISSED WITHOUT PREJUDICE. This CASE is CLOSED.

This, the 3rd day of October, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE